UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| N.E.K., | ) |
| :--- | :--- |
| Plaintiff, | ) |
| vs. | ) Case No. 4:10CV641RWS |
| ROBERT D. HUNTER, | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

In light of the suggestion of bankruptcy of Defendant Robert D. Hunter by counsel and the stay of this action which results, the Court concludes that the case should be administratively closed until such time as the bankruptcy proceedings have been concluded or Court action is otherwise required. Any motion seeking reopening of the case shall state:

(a) the facts and procedural history, including any significant occurrences in the bankruptcy proceedings;

(b) the issues remaining for determination by this Court;

(c) the potential for settlement, and the status of any settlement discussions;

(d) whether a Rule 16 scheduling conference is requested;

(e) the status of discovery;

(f) whether significant pretrial motion practice, including the filing of potentially dispositive motions, is anticipated;

(g) the date by which it is reasonably likely that the case would be ready to proceed to trial; and

(h) the estimated length of trial.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall administratively **CLOSE** this action, subject to reopening on a motion filed in compliance with this order.

**IT IS FURTHER ORDERED** that the Rule 16 Conference scheduled for Friday, July 16, 2010 is **VACATED**.

Dated this 14th Day of July, 2010.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE